UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 19-cv-1489 (SRN/DTS)

James G. Dudgeon,

                Petitioner,

    v.

Warden M. Rios,

                Respondent.

**ORDER**

Before the Court is Respondent's request [Doc. No. 28] for an extension of time in which to file a supplemental response to Petitioner's motion to reconsider. Respondent's motion is **GRANTED in part** and **DENIED in part**. While Respondent presents good cause for an extension, the Court is concerned about granting an extension to October 1, as Respondent requests, because it appears that Respondent is scheduled to be transferred to a halfway house on that date. (*See* Pet'r's Ex., Doc. No. 19 at 5.) Accordingly, Respondent shall have up to and including September 30, 2019, to file a response.

Dated: September 24, 2019

                                   s/Susan Richard Nelson
                                   Susan Richard Nelson
                                   United States District Judge